UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MARTRADE SHIPPING & TRANSPORT GMBH,    :

                Plaintiff,    :   ECF

                              :   **RULE 7.1 STATEMENT**

        -against-    :   *07 Civ 7994 (RJH)*

GABRO INTERNATIONAL AG,                :

                Defendant.    :
----------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, MARTRADE SHIPPING & TRANSPORT GMBH (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
        September 10, 2007

                                          CARDILLO & CORBETT
                                          Attorneys for Plaintiff
                                          MARTRADE SHIPPING & TRANSPORT GMBH

                        By:  _____
                             Tulio R. Prieto (TP 8455)

                              Office and P.O. Address
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: (212) 344-0464
                              Fax: (212) 797-1212