UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARTRADE SHIPPING & TRANSPORT GMBH, :
                                      : ECF
                    Plaintiff, : ORDER APPOINTING
                                      : PERSON TO SERVE
    -against-                    : PROCESS
                                      : 07 Civ. 7994 (RJH)
GABRO INTERNATIONAL AG, :
                    Defendant. :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

        Upon motion of the Plaintiff for an Order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

        Upon reading the Affidavit of Tulio R. Prieto, sworn to September 10, 2007, and good cause having been shown,

        IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        September 12, 2007

                                                  _____
                                                  United States District Judge