RECEIVED
APR 29 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
MARTRADE SHIPPING & TRANSPORT GMBH, :
:
                Plaintiff, : **ECF**
: **NOTICE OF DISMISSAL**
    -against- : **PURSUANT TO FRCP**
: **RULE 41(a)(1)**
GABRO INTERNATIONAL AG, : 07 Civ. 7994 (RJH)
:
                Defendant. :
----------------------------------x

        PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated: New York, New York
       April 28, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              MARTRADE SHIPPING & TRANSPORT GMBH

               By: _____
                              Tulio R. Prieto (TP 8455)

                              Office and P.O. Address
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: (212) 344-0464

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

**SO ORDERED:**

_____
              U.S.D.J. 4/30/08

The Clerk is requested
to close this case.